USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/24/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　　21-CR-475 (ALC)
　　-against-　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　　**ORDER**
BAREND OBERHOLZER,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

　　　A telephone status conference is set for **August 26, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**　　New York, New York
　　　　　　　August 24, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**