Ryan Poscablo
212 506 3921
rposcablo@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**VIA ECF**

November 14, 2021

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    ***United States v. Barend Oberholzer, 1:21-cr-00475-RLC***

Dear Judge Carter:

    As the Court is aware, Mr. Oberholzer was arrested pursuant to a Complaint alleging violations of wire fraud, mail fraud and aggravated identity theft. During his presentment and arraignment on March 2, 2021, Mr. Martin Cohen of the Federal Defenders was appointed as his counsel for purposes of his presentment only. After Mr. Oberholzer was indicted, I submitted a letter dated July 30, 2021 indicating that I had not yet been, but expected to be, retained by Mr. Oberholzer to serve as his trial counsel and requested an adjournment of his arraignment, which the Court granted. During his arraignment before Your Honor on August 16, 2021, I requested the Court's permission to appear for Mr. Oberholzer for the limited purposes of his arraignment, as he had not yet retained me or Steptoe & Johnson LLP.

    I write to inform the Court that Mr. Oberholzer has not retained me to serve as his trial counsel. I informed the Government's counsel, counsel for the co-defendant Jaromy Pittario, as well as Mr. Martin Cohen that I have not been retained by Mr. Oberholzer and will not be serving as Mr. Oberholzer trial counsel. Mr. Cohen requested that I ask the Court to appoint counsel from the C.J.A. panel for Mr. Oberholzer. I have spoken with Mr. Oberholzer and he agrees with that request. I therefore respectfully request that the Court schedule a conference to appoint counsel for Mr. Oberholzer at the Court's convenience.

    Ryan P. Poscablo

cc:    Counsel of record (via ECF)