USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-17-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

                21-CR-475 (ALC)

    -against-

                **ORDER**

BAREND OBERHOLZER,

                Defendant.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    A telephone status conference is set for **November 18, 2021 at 2:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
            November 17, 2021

                                                **ANDREW L. CARTER, JR.**
                                                United States District Judge