**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

UNITED STATES OF AMERICA,

21 Cr. 475 (ALC)

**ORDER**

-against-

BAREND OBERHOLZER,

-------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

The telephone status conference scheduled for today is adjourned without a date.

SO ORDERED.

Dated: New York, New York
    November 18, 2021

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE