**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2021

By EMAIL & ECF
The Honorable Andrew L. Carter
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/30/21

Re:   *United States v. Barend Oberholzer et al.*, 21 Cr. 475 (ALC)

Dear Judge Carter:

The Government writes to request respectfully that the Court schedule a status conference in the above-captioned case for the week commencing December 6, 2021, and that time be excluded under the Speedy Trial Act between November 15, 2021, and the date of the next conference.

The Government has spoken with Sarah Sacks, Esq., who represents Mr. Pittario, and she consents to the exclusion of time between November 15, 2021, and the next conference. The Government understands that Mr. Oberholzer is in the process of retaining counsel and is currently unrepresented. Nevertheless, the Government has also spoken with Ryan Poscablo, Esq., who has informed the Government that he spoke to Mr. Oberholzer and that Mr. Oberholzer consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____/s/_____
Jilan J. Kamal
Assistant United States Attorney
(212) 637-2192

cc: Sarah Sacks, Esq.
Ryan Poscablo, Esq.

The application is **GRANTED**. A telephone status conference is scheduled for 12/9/21 at 12 p.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Time excluded from 11/15/21 through 12/6/21 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter*
11-30-21