USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-24-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

BAREND OBERHOLZER et al,

                    Defendant.

----------------------------------------------------------------x

21-CR-475 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **March 1, 2022** at **3:00 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

SO ORDERED.

Dated:    New York, New York
             February 24, 2022

                                            _____
                                            ANDREW L. CARTER, JR.
                                            United States District Judge