USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/24/22

LAW OFFICES OF
## JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

February 24, 2022

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    United States v. Oberholzer, et al., 21 CR 475 (ALC)

Dear Judge Carter:

    I am writing on behalf of defendant Barend Oberholzer to respectfully request permission for Mr. Oberholzer to reschedule his one day trip to Denver, Colorado to March 1 instead of February 23, as previously granted by Your Honor, due to a family emergency that prevented his travel.  As before, the defendant would be traveling to Denver to attend a business meeting at the Gaylord Convention Center and inspect design changes for a product that he is developing.  The government, by AUSA Jilan Kamal, and Pretrial Services, by PTSO Dominique Jackson, take no position on the defendant's application.  If approved, Mr. Oberholzer would provide Pretrial Services with a detailed itinerary of his trip.

    By way of background, on March 2, 2021, Judge Lehrburger released Mr. Oberholzer on a $500K personal recognizance bond secured by two financially responsible persons, with conditions including, *inter alia*, that the defendant's travel be limited to the Southern and Eastern Districts of New York, and the Central and Southern Districts of California.  Since that date, the defendant has remained compliant with his conditions of release.

JEFFREY LICHTMAN

Hon. Andrew L. Carter, Jr.
United States District Judge
February 24, 2022
Page 2

      Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

                                  Respectfully submitted,

                                  Jeffrey Lichtman

cc:      Jilan Kamal Esq.
           Assistant United States Attorney (by ECF)

           Dominique Jackson
           Pretrial Services (by email)

So Ordered:

_____
Hon. Andrew L. Carter, Jr.   2/24/22