Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/25/22_____

February 24, 2022

<u>Via ECF and E-Mail</u>

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Barend Oberholzer,* 1:21-cr-00475-ALC
               **Defendant Oberholzer's Request for Adjournment of Status Conference**

Dear Judge Carter:

      As the Court may have seen, we entered a formal appearance today to serve as counsel for defendant Barry Oberholzer.  I write to respectfully request an adjournment of the status conference currently scheduled for March 1, 2022 at 3:00 p.m. due to a pre-existing conflict.  There have been no prior requests concerning the status conference currently scheduled for March 1st.

      We contacted counsel for co-defendant Jeremy Pattario, who consents to the request.  We have also received consent from outgoing counsel for Mr. Oberholzer.  Collectively, Defendants and their counsel are available on the mornings of Tuesday, March 8 and Wednesday, March 9.  We also sought consent by email from AUSA Jilan Kamal, but received an out of office message.  By the time of this filing, we have not yet received consent to the adjournment request from the Government.

      We anticipate that, in the interim, Mr. Oberholzer's previous counsel, Mr. Lichtman and Mr. Einhorn, will transfer the discovery provided by the Government.  Lastly, counsel for Defendants' consent to the exclusion of time under the Speedy Trial Act between March 1, 2022 and the date Your Honor sets for the rescheduled conference to allow counsel to review discovery and consider any appropriate motion practice.

Hon. Andrew L. Carter
Page 2 of 2
February 24, 2022

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Ryan P. Poscablo*

Ryan P. Poscablo, Esq.

cc:  Jilan J. Kamal, Esq.
     *jilan.kamal@usdoj.gov*
     Sarah Sacks, Esq.
     *sarahsacksesq@gmail.com*
     Jeffrey Harris Lichtman
     *jl@jeffreylichtman.com*
     Jeffrey Benson Einhorn
     *einhorn@jeffreylichtman.com*

The application is **GRANTED.** The telephone status conference is adjourned to 3/8/22 at 11 a.m. Time excluded from 3/1/22 to 3/8/22 in the interest of justice.

So Ordered.

*/s/ Andrew L. Carter*
2/25/22