USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/4/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                      **Plaintiff,**

   -against-

BAREND OBERHOLZER et al,

                      **Defendant.**

------------------------------------------------------------------ x

21-CR-475 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Status Conference is set for **March 8, 2022** at **11:00 a.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:    New York, New York
             March 4, 2022

                                      */s/ Andrew L. Carter, Jr.*
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**