

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3-8-22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>BAREND OBERHOLZER, et al.,<br><br>Defendants. | Case No. 1:21-cr-00475-ALC<br><br>████████ ORDER |

████████ ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Jeffrey Lichtman is hereby removed as counsel of record. The Clerk of the Court is directed to remove the above-named attorney from the docket as well as the ECF Service List in this case.

IT IS SO ORDERED.

DATED: 3-8-22

_____
THE HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE