USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-21-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BAREND OBERHOLZER, et al.,

Defendants.

Case No. 1:21-cr-00475-ALC

███████ ORDER TO ADMIT
TROY SHEPHARD PRO HAC VICE

The motion of Troy Shephard for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the State of New York and the District of Columbia, and that his contact information is as follows:

> Troy Shephard
> STEPTOE & JOHNSON LLP
> 1330 Conneticut Avenue, NW
> Washington, DC 20036
> Tel: (202) 429-6484
> Fax: (202) 429-3902
> E-mail: tshephard@steptoe.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant BAREND OBERHOLZER in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3-21-22
New York, New York

_____
U.S. District ███ Judge