USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-21-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>BAREND OBERHOLZER, et al.,<br><br>Defendants. | Case No. 1:21-cr-00475-ALC<br><br>[REDACTED] ORDER TO ADMIT AMANDA SCHWARTZ PRO HAC VICE |

The motion of Amanda Schwartz for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the State of California, and that her contact information is as follows:

> Amanda Schwartz
> STEPTOE & JOHNSON LLP
> One Market Plaza
> San Francisco, CA 3900
> Tel: (415) 365-6745
> Fax: (415) 365-6699
> E-mail: aschwartz@steptoe.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant BAREND OBERHOLZER in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3-21-22
New York, New York

_____
U.S. District / [REDACTED] Judge