UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

UNITED STATES OF AMERICA,                  :

                    Plaintiff,        :

       -against-                         :

BAREND OBERHOLZER and                       :
JAROMY PITTARIO,                            :

               Defendant.          :

----------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-1-22

21-CR-475 (ALC)

ORDER

ANDREW L. CARTER, JR., District Judge:

    A Telephone Status Conference is set for **April 7, 2022** at **3:30 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.   Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:      New York, New York
            April 1, 2022

                          ANDREW L. CARTER, JR.
                          United States District Judge