**MEMO ENDORSED**

Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/6/22__

April 5, 2022

<u>Via ECF and E-Mail</u>

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Barend Oberholzer et al.*, 1:21-cr-00475-ALC
Request for Adjournment of April 7, 2022 Status Conference

Dear Judge Carter:

Messrs. Oberholzer and Pittario write to respectfully request that the Court adjourn the status conference currently scheduled for April 7, 2022 at 3:30 p.m. in the above-captioned case to May 9, 2022 at 3:30 p.m., and that time be excluded under the Speedy Trial Act between April 7, 2022 and the date of the next conference. Counsel needs additional time to review the discovery that has been produced by the Government and contemplate the filing of motions in preparation for the status conference. There has been one prior request for an extension of time to move the March 1, 2022 status conference, which was adjourned to March 8, 2022.

We have spoken with Assistant United States Attorney Jilan J. Kamal, who represents the Government, and she consents to the extension request and the exclusion of time between April 7, 2022, and the next conference.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ Ryan P. Poscablo*

Ryan P. Poscablo, Esq.

cc: Jilan J. Kamal, Esq., and Sarah Sacks, Esq.

The application is **GRANTED.** Telephone status conference adjourned to May 9, 2022 at 3:30 p.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information. Time excluded from 4/7/22 to 5/9/22 in the interest of justice.

So Ordered. [signature] 4/6/22