MEMO ENDORSED

**Steptoe**

Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

April 18, 2022

4-19-22

**Via ECF and E-Mail**

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Barend Oberholzer,* **1:21-cr-00475-ALC**

Dear Judge Carter:

I am writing on behalf of defendant Barend Oberholzer to respectfully request permission for Mr. Oberholzer to schedule a one-day business trip to Phoenix, Arizona, leaving and returning Thursday, April 21, 2022, and another one-day business trip to Denver, Colorado, leaving and returning Tuesday, May 10, 2022.

Pretrial Services, by PTSO Dominique Jackson, takes no position on Mr. Oberholzer's application. We reached out to AUSA Jilan Kamal and received no response as to the government's position. If approved, Mr. Oberholzer would provide Pretrial Services with an itinerary of his trip. By way of background, on March 2, 2021, Judge Lehrburger released Mr. Oberholzer on a $500K personal recognizance bond secured by two financially responsible persons, with conditions including, inter alia, that the Mr. Oberholzer's travel be limited to the Southern and Eastern Districts of New York, and the Central and Southern Districts of California. Since that date, Mr. Oberholzer has remained compliant with his conditions of release.

We thank the Court for its consideration in this matter. We remain available for a teleconference should Your Honor deem it necessary.

Hon. Andrew L. Carter
Page 2 of 2
April 18, 2022

                                                             Respectfully submitted,

                                                             */s/ Ryan P. Poscablo*

                                                             Ryan P. Poscablo, Esq.

cc:    Jilan J. Kamal, Esq., Assistant United States Attorney (by ECF)
         Dominique Jackson, Pretrial Services (by email)

So Ordered:

_____
Hon. Andrew L. Carter, Jr.   4-19-22