**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-13-22

--------------------------------------------------------------- x

UNITED STATES OF AMERICA,                          :
                                                   :
                            Plaintiff,             :
                                                   :
                                                   :        21-CR-475 (ALC)
            -against-                              :
                                                   :        **ORDER**
 BAREND OBERHOLZER et al,                          :
                                                   :
                            Defendant.             :
                                                   :
                                                   :
--------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **September 20, 2022** at **12:00 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and

once prompted, should dial access code 3768660.   Members of the public and the press can use

the same dial-in information.

**SO ORDERED.**

Dated:      New York, New York
            September 13, 2022

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**