**MEMO ENDORSED**

Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/7/22__

December 2, 2022

**Via ECF and E-Mail**

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Barend Oberholzer,* 1:21-cr-00475-ALC

Dear Judge Carter:

      I am writing on behalf of defendant Barend Oberholzer to respectfully request permission for Mr. Oberholzer to schedule a six-day trip to Lake Tahoe, California, leaving on December 26, 2022 and returning on January 1, 2023. Mr. Oberholzer intends to take this trip with his family during the winter holiday season.

      Pretrial Services, by PTSO Dominique Jackson, takes no position on Mr. Oberholzer's application. The government, by AUSA Jilan Kamal, has no objection to Mr. Oberholzer's application. If approved, Mr. Oberholzer intends to drive to Lake Tahoe and will provide Pretrial Services with an itinerary of his trip. By way of background, on March 2, 2021, Judge Lehrburger released Mr. Oberholzer on a $500K personal recognizance bond secured by two financially responsible persons, with conditions including, inter alia, that Mr. Oberholzer's travel be limited to the Southern and Eastern Districts of New York, and the Central and Southern Districts of California. Since that date, Mr. Oberholzer has remained compliant with the conditions of his release.

      We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ Ryan P. Poscablo*

Ryan P. Poscablo, Esq.

cc:    Jilan Kamal, Esq., Assistant United States Attorney (by ECF)
        Dominique Jackson, Pretrial Services (by email)

So Ordered:

_____ 12/7/22
Hon. Andrew L. Carter, Jr.