Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com



1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

January 26, 2023

**<u>Via ECF and E-Mail</u>**
Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     Re:    *United States v. Barend Oberholzer,* 1:21-cr-00475-ALC

Dear Judge Carter:

I am writing on behalf of defendant Barend Oberholzer to respectfully request that the Court modify Mr. Oberholzer's bail conditions to allow future travel to meet with his attorneys in Washington, D.C. where undersigned counsel's law firm has an office.

Pretrial Services, by PTSO Dominique Jackson, takes no position on Mr. Oberholzer's application.  The government, by AUSA Jilan Kamal, has no objection to Mr. Oberholzer's application.  By way of background, on March 2, 2021, Judge Lehrburger released Mr. Oberholzer on a $500K personal recognizance bond secured by two financially responsible persons, with conditions including, inter alia, that Mr. Oberholzer's travel be limited to the Southern and Eastern Districts of New York, and the Central and Southern Districts of California.  Since that date, Mr. Oberholzer has remained compliant with the conditions of his release.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ Ryan P. Poscablo*

Ryan P. Poscablo, Esq.

cc:    Jilan Kamal, Esq., Assistant United States Attorney (by ECF)
        Dominique Jackson, Pretrial Services (by email)

So Ordered:

_____
Hon. Andrew L. Carter, Jr.