Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com



1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

February 28, 2023

**Via ECF and E-Mail**

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Barend Oberholzer,* 1:21-cr-00475-ALC

Dear Judge Carter:

      I am writing on behalf of defendant Barend Oberholzer to respectfully request that the Court modify Mr. Oberholzer's bail conditions to allow him to travel to Atlanta, Georgia and Washington, D.C. for a five-day business trip. He would leave March 5, 2023 to travel to Atlanta, Georgia for the annual Helicopter Association International (HAI) Helicopter Conference, before traveling to Washington, D.C. on March 8 for a business meeting and returning home on March 10.

      Pretrial Services, by PTSO Dominique Jackson, takes no position on Mr. Oberholzer's application.  I emailed AUSA Kamal on February 22, 2023 and again on February 27, 2023. As of the date of this filing, I have not received a response from opposing counsel. By way of background, on March 2, 2021, Judge Lehrburger released Mr. Oberholzer on a $500K personal recognizance bond secured by two financially responsible persons, with conditions including, inter alia, that Mr. Oberholzer's travel be limited to the Southern and Eastern Districts of New York, and the Central and Southern Districts of California.  Since that date, Mr. Oberholzer has remained compliant with the conditions of his release.

                          \*      \*      \*

We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ Ryan P. Poscablo*

Ryan P. Poscablo, Esq.

cc: Jilan Kamal, Esq., Assistant United States Attorney (by ECF)
      Dominique Jackson, Pretrial Services (by email)


So Ordered:

_____

Hon. Andrew L. Carter, Jr.