UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21 cr 475 (ALC) |
| v. | NOTICE OF APPEARANCE |
| BAREND OBERHOLZER | |
| Defendant. | |

-------------------------------------------------- X

PLEASE TAKE NOTICE that JULIA GATTO, Esq., of Steptoe & Johnson LLP, 1114 Avenue of Americas, New York, NY 10036, is appearing for Defendant, BAREND OBERHOLZER, in the above captioned matter.

I hereby certify that I am an attorney duly admitted to practice in this Court.

| | |
|---|---|
| Dated: March 17, 2023<br>New York, NY | STEPTOE & JOHNSON LLP<br><br>By:    */s/ Julia Gatto*<br>        Julia Gatto<br>        1114 Avenue of the Americas<br>        New York, NY 10036<br>        Phone: 212.378.7587<br>        Fax: 212.506.3950<br>        E-mail: jgatto@steptoe.com |