UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | ECF CASE |
| - v. - | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| BAREND OBERHOLZER, a/k/a "Barry Oberholzer," and JAROMY PITTARIO, a/k/a "Jaromy Jannard-Pittario," | |
| | 21 Cr. 475 (RLC) |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: /s/ Timothy V. Capozzi
    Timothy V. Capozzi
    Assistant United States Attorney
    (212) 637-2404