USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/30/23__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :

                                                                             ORDER ACCEPTING
                                                                             PLEA ALLOCUTION

-v.-           :

BAREND OBERHOLZER,           :
    a/k/a "Barry Oberholzer,"                               21 Cr. 475 (ALC)
                                                  :

            Defendant.

                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on March 28, 2023;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that defendant Barend Oberholzer entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea to Count One of the Indictment is accepted.

SO ORDERED.

DATED:    New York, New York
                 March __30__, 2023

_____
THE HONORABLE ANDREW L. CARTER, JR
UNITED STATES DISTRICT JUDGE