Julia Gatto
212 378 7587
jgatto@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

# Steptoe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  **5/22/23**

May 18, 2023

<u>VIA ECF</u>
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

> Re:    *United States v. Barend Oberholzer,* 21 CR 475 (ALC)

Dear Judge Carter:

With the consent of the government, I write to seek an adjournment of Mr. Oberholzer's sentencing, currently scheduled for July 11, 2023.

Due to a scheduling conflict, the Probation Department has not yet conducted its Pre-Sentence Interview of Mr. Oberholzer and will be unable to complete a Report in time for the currently scheduled sentencing date. To ensure enough time for preparation of the Report and to accommodate the lawyers' schedules, I ask for an adjourned sentencing date in early- to mid-September.

The government has no objection to this request.

The application is **GRANTED**.   The sentencing is adjourned to 9/14/23 at 2:00 p.m.
So Ordered.

Respectfully submitted,

*Julia Gatto*

*Andrew L. Carter*
**5/22/23**

Julia Gatto

**STEPTOE & JOHNSON LLP**
1114 Avenue of the Americas
New York, NY  10036-7703
Telephone: 212 506 3900
Facsimile:  212 506 3950
jgatto@steptoe.com

cc:    AUSAs Jilan Kamal and Timothy Capozzi (via ECF)