Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com

# Steptoe

1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

MEMO ENDORSED

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-4-23

August 1, 2023

**Via ECF and E-Mail**

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Barend Oberholzer,* 1:21-cr-00475-ALC

Dear Judge Carter:

      I am writing on behalf of defendant Barend Oberholzer to respectfully request permission that the Court modify Mr. Oberholzer's bail conditions to allow him to travel to Reno, Nevada for a family vacation from August 7 to August 13, and to Nashville, Tennessee and Huntsville, Alabama for a business trip between August 13 and August 17. If permitted to travel, Mr. Oberholzer will provide his Supervising Pretrial Officer with a complete itinerary. Pretrial Services, by PTSO Dominique Jackson, takes no position on Mr. Oberholzer's application. The government, by AUSA Timothy Capozzi, also takes no position on Mr. Oberholzer's application.

      By way of background, on March 2, 2021, Judge Lehrburger released Mr. Oberholzer on a $500,000 personal recognizance bond secured by two financially responsible persons, with conditions including, inter alia, that Mr. Oberholzer's travel be limited to the Southern and Eastern Districts of New York, and the Central and Southern Districts of California. Since that date, Mr. Oberholzer has remained compliant with the conditions of his release. With the Court's permission, Mr. Oberholzer has previously traveled for business and family vacation without incident.

      We thank the Court for its consideration in this matter.

                                    Respectfully submitted,

                                    */s/ Ryan P. Poscablo*
                                    Ryan P. Poscablo, Esq.

Hon. Andrew L. Carter
Page 2 of 2
August 1, 2023

cc: Jilan J. Kamal, Esq., Assistant United States Attorney (be ECF)
    Domonique Jackson, Pretrial Services (by email)

So Ordered:

*[signature]* 8-4-23

Hon. Andrew L. Carter, Jr.