**MEMO ENDORSED**

Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

October 13, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/16/23

**Via ECF and E-Mail**

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Barend Oberholzer,* **1:21-cr-00475-ALC**

Dear Judge Carter:

On September 28, 2023, the Court granted Mr. Oberholzer permission to travel to Tullahoma, Tennessee three times: from October 4, 2023 to October 7, 2023; from October 9, 2023 to October 13, 2023; and from October 23, 2023 to October 27, 2023 as well as permission to travel to Maui, Hawaii leaving October 18, 2023 and returning on October 21, 2023. We write to alert the Court to slight changes in Mr. Oberholzer's travel plans and ask for permission for Mr. Oberholzer to travel to the same locations but on the following days: to Tennessee on October 16 and returning October 30, 2023 and to Maui, Hawai'i on November 1, 2023 and returning November 5, 2023. Pretrial Services has been told about the changes to Mr. Oberholzer's itinerary.

Thank you for your consideration of this application.

Respectfully submitted,

*/s/ Ryan P. Poscablo*
Ryan P. Poscablo, Esq.

cc: Jilan J. Kamal, Esq., Assistant United States Attorney (be ECF)
Domonique Jackson, Pretrial Services (by email)

So Ordered:

_____
Hon. Andrew L. Carter, Jr.     **10/16/23**