USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-16-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA            :

                                                         ORDER ACCEPTING
                                                         PLEA ALLOCUTION

        -v.-                        :

BAREND OBERHOLZER,                  :
       a/k/a "Barry Oberholzer,"           21 Cr. 475 (ALC)
                                     :

              Defendant.
                                     :
------------------------------------X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on March 28, 2023;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that defendant Barend Oberholzer entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea to Count One of the Indictment is accepted.

SO ORDERED.

DATED:   New York, New York
         January 15, 2024

_____
THE HONORABLE ANDREW L. CARTER, JR
UNITED STATES DISTRICT JUDGE