```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-12-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                       Plaintiff,

     -against-                                  21 CR 475 (ALC)

BAREND OBERHOLZER,                    **ORDER**

                       Defendant.
---------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

The Sentencing Hearing set for January 16, 2024 is adjourned to **4:00 p.m.**

SO ORDERED.

Dated:     New York, New York
              January 16, 2024

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**