**MEMO ENDORSED**

Ryan Poscablo
+1 212 506-3921 direct
rposcablo@steptoe.com

1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

**Steptoe**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/19/24

April 18 2024

<u>Via ECF and E-Mail</u>

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Barend Oberholzer,* **1:21-cr-00475-ALC**

Dear Judge Carter:

  Defense counsel learned at approximately 5:00 PM EST today, April 18, 2024, that Mr. Oberholzer has been designated. Mr. Oberholzer, by and through defense counsel, respectfully withdraws his request for a brief adjournment of surrender.

      \*  \*  \*

We thank the Court for its consideration in this matter.

       Respectfully submitted,

       <u>/s/ Ryan P. Poscablo</u>

       Ryan P. Poscablo, Esq.

cc: Jilan Kamal, Esq., Assistant United States Attorney (by ECF)
   Dominique Jackson, Pretrial Services (by email)

  The application is **GRANTED**.
So Ordered.

*[Signed: Andrew L. Carter]*  4/19/24