UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA,

            Plaintiff,

    -against-                                   1:21-cr-00475-ALC-1

BAREND OBERHOLZER,                  **ORDER**

            Defendant.

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will conduct a telephone status conference in this action on **May 13, 2024 at 1:00 p.m. Eastern Time**. The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:    May 13, 2024
             New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   United States District Judge