**MEMO ENDORSED**

May 9, 2024

Via ECF and E-Mail

Hon. Andrew L. Carter United
States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse 40
Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/13/24

Re:   *United States v. Barend Oberholzer,* 1:21-cr-00475-ALC

Dear Judge Carter:

I refer to your previous approval for the request to extend my surrender date due to a re-designation by the Bureau of Prisons ("BOP") from FCI Sheridan to FCI Lompoc. By way of background, FCI Sheridan is 972 miles from my home, and it will not be possible to have any visits from family do to the distance and cost expense. Per BOP policy, they require designation within 500 miles of an inmate's residence.

I retained post-conviction law firm, Righting Wrongs Law, to assist me in this re-designation and the administrative process with the BOP. Their office has been in near daily contact with officials at the BOP Designation & Sentence Computation Center in Grand Prairie, TX, FCI Sheridan as well as FCI Lompoc. We can confirm that the transfer request was received by FCI Sheridan and currently in process. We expect the transfer process not to take longer than an additional 7 calendar days to May 20, 2024.

For these reasons I seek a final extension of my surrender date to allow FCI Sheridan and the Regional Office to complete the transfer request. Pretrial Services takes no position on this application. The government opposes this application.

By way of background, on January 16, 2024, the Court sentenced me to a term of imprisonment of 15 months and set March 22, 2024, as the date for my self-surrender. Your Honor granted me a request for an extension moving the surrender date to May 13, 2024 for the re-designation to be finalized.

I thank the Court for its consideration in this matter.

Respectfully submitted,

*Barry Oberholzer*

Barend H Oberholzer

cc:   Jilan Kamal, Esq., Assistant United States Attorney (by ECF)
      Dominique Jackson, Pretrial Services (by email)

So Ordered:

*[signature: Andrew L. Carter, Jr.]*

Hon. Andrew L. Carter, Jr.

Defendant's request for an extension of his surrender date is **GRANTED**.  Defendant shall surrender by May 14, 2024 at 5:00pm Eastern Time.